David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI
A Professional Corporation
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No. (714) 479-0180
Facsimile No.  (714) 479-0181

Wendy J. Phillips, Sr. Deputy [State Bar No. 178452]
E-Mail: wendy.phillps@coco.ocgov.com
OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE
333 W. Santa Ana Blvd., Suite 407
P.O. Box 1379
Santa Ana, California 92702-1379
Telephone No. (714) 834-3300
Facsimile No.  (714) 834-2359

Attorneys for Defendant,
COUNTY OF ORANGE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PIERCE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ORANGE, et al. <br><br> Defendants. <br><br>――――――――――――――― <br> JERRY E. STEWART, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAD GATES, et al., <br><br> Defendants. | Case No. SACV 01-981 ABC(MLGx) <br> Consolidated with <br> Case No. CV 75-3075 ABC (MLGx) <br><br> [**PROPOSED**] JUDGMENT <br><br><br><br><br><br><br><br><br><br><br><br> **MATTER FOR DETERMINATION BY THE HONORABLE AUDREY B. COLLINS** |

This matter came on for trial before the Court on February 9, 2010; the Honorable Audrey B. Collins, District Court Judge presiding. The parties have submitted post-trial briefing and objections. The evidence has been considered, the issues have been heard, and the objections have been ruled upon. Defendant has submitted its Final Proposed Plan, which the Court has reviewed.

IT IS HEREBY ADJUDGED that the Court accepts Defendant's Final Proposed Plan, that Plaintiffs are the prevailing party, and that judgment be entered in favor of Plaintiffs.

Dated: June 28, 2011  _____/s/ Audrey B. Collins_____
AUDREY B. COLLINS
United States District Court Judge


Respectfully submitted,
LAWRENCE BEACH ALLEN & CHOI, PC


By_____/s/_____
    DAVID D. LAWRENCE
    CHRISTINA M. SPRENGER
    Attorneys for Defendant
    COUNTY OF ORANGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 N. Broadway, Suite 1010, Santa Ana, California 92706.

On June 23, 2011, I electronically filed the foregoing **[PROPOSED] JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Dan Stormer    dstormer@hadsellstormer.com,tgalindo@hskrr.com
Virginia Keeny    vkeeny@hskrr.com,yanaya@hskrr.com
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP

Richard P Herman    rherman@richardphermanlaw.com
A Law Corporation

Barrett S Litt    jwhite@littlaw.com,blitt@littlaw.com
LITT, ESTAUR, HARRISON, MILLER & KITSON, LLP

Wendy J Phillips    wendy.phillips@coco.ocgov.com
Orange County Counsel

 X    (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 23, 2011, at Santa Ana, California.

_____
Signature of Declarant

1
[PROPOSED] JUDGMENT